## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Charles Martinez   Case Number: 0980 2:07CR02066-LRS-3
                                                          0980 1:14CR02017-LRS-1

Address of Offender: _____ Yakima, WA 98901, Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 14, 2008

Original Offense: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846

Original Sentence: Prison - 63 months; TSR - 48 months     Type of Supervision: Supervised Release

August 13, 2015: Revocation sentence: 30 days jail, credit for time served; TSR - 35 months

Asst. U.S. Attorney: Thomas J. Hanlon     Date Supervision Commenced: September 17, 2015

Defense Attorney: Jeremy B. Sporn     Date Supervision Expires: August 16, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: This officer met with Mr. Martinez on September 22, 2015, and reviewed and signed the conditions of supervision established from the revocation Judgement and Sentence.

Mr. Martinez was driving his vehicle on August 27, 2017, at 2:05 a.m. and was observed to be traveling at a high rate of speed which lead to a traffic stop by the Washington State Patrol. The trooper contacted the offender and observed his eyes were blood shot and watery. The trooper administered a field sobriety tests and the offender provided a breath test through a Preliminary Breath Test (PBT) resulting in .168 sample. Mr. Martinez was

arrested and charged with driving while under the influence (DUI) and third degree driving while license suspended, in Yakima County District Court, Yakima, Washington, cause number 7Z1022917. His next hearing is scheduled for September 29, 2017.

Mr. Martinez was also cited for speeding and failing to stop at an intersection/stop sign.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/19/17
Date