PROB 12C
(6/16)

Report Date: November 30, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 30 2017

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Charles Martinez     Case Number: 0980 2:07CR02066-LRS-3 &
                                                          0980 1:14CR02017-LRS-1

Address of Offender:                                                    Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
2:07CR02066-LRS-3
Name of Sentencing Judicial Officer: The Honorable James L. Robart, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
1:14CR02017-LRS-1

Date of Original Sentence: June 16, 2009
2:07CR02066-LRS-3
Date of Original Sentence: October 14, 2008
1:14CR02017-LRS-1

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 (2:07CR02066-LRS-3) | |
| Original Offense: | Distribution of Cocaine, 21 U.S.C. §§ 841 (1:14CR02017-LRS-1) | |
| Original Sentence: (2:07CR02066-LRS-3) | Prison - 78 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: August 13, 2015 | Prison - 30 days, credit for time served; TSR - 35 months | |
| Original Sentence: (1:14CR02017-LRS-1) | Prison - 63 months; TSR - 48 months | |
| Revocation Sentence: August 13, 2015 | Prison - 30 days, credit for time served; TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 17, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: August 16, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: This officer met with Mr. Martinez on September 22, 2015, and reviewed and signed the conditions of supervision established from the revocation Judgement and Sentence.

Mr. Martinez missed his random urinalysis tests on October 16 and 26, 2017. He reported to the probation office on October 31, 2017, to make up one of the random urinalysis tests and it was presumptive positive for cocaine. The sample was confirmed positive by laboratory analysis for Benzoylecgonin-cocaine metabolite on November 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 30, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Martinez, Edward Charles
November 30, 2017
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/30/17
Date